IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
SFC DENNIS E. MANN            )
                              )
v.                            ) NO. 3:08-0447
                              ) JUDGE CAMPBELL
PETE GEREN, SECRETARY OF      )
THE DEPARTMENT OF ARMY        )
```

ORDER

Pending before the Court is Defendant's Renewed Motion to Dismiss (Docket No. 31). For the reasons stated in the accompanying Memorandum, Defendant's Motion to Dismiss is GRANTED, and this action is DISMISSED. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE